

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN THE INTEREST OF L. C. M., A CHILD, | § | No. 08-21-00220-CV |
| | § | Appeal from the |
| Appellant. | § | 65th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2020DCM2352) |
| | § | |

**O R D E R**

In order to protect the identity of the minor child who is the subject of this appeal, the Court has determined on its own motion that it is necessary to identify the child by his initials, L. C. M., and the parent by initials as well, in all papers submitted to the Court, including letters, motions, and briefs. *See* Tex.R.App.P. 9..8.  The Court will also refer to the child and parent by their initials in correspondence, orders, and in its opinion and judgment.

IT IS SO ORDERED this 22nd day of December, 2021.


PER CURIAM

Before Rodriguez, C.J., Palafox, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.), sitting by assignment